# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLOW BAKER                               Chapter 13

                Debtor          Bankruptcy No. 12-14855-JKF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this ___27___ day of ___October___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

Debtor:
MARLOW BAKER

1741 VISTA STREET
PHILADELPHIA, PA 19111