UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 12 - 14855 |
| Marlow Baker | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# ORDER

AND NOW, this    day of                    , 2016, upon consideration of Debtor's Motion to Reconsider Dismissal of Case, and any responses thereto, it is hereby ORDERED that

a) Debtor's Motion to Reconsider Dismissal of Case is GRANTED;

b) this Court's Dismissal Order dated October 27, 2016 is VACATED; and

c) Debtor's bankruptcy case is REINSTATED.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

**Date: December 15, 2016**

Copies to:
Debtor: Marlow Baker
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Office of the Trustee
Creditors: