United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-14855-jkf
Marlow Baker                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2                    Date Rcvd: Dec 15, 2016
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db              Marlow Baker,    1741 Vista Street,    Philadelphia, PA  19111-3827
cr             +Westlake Financial Services,    501 Elm Street, Suite 400,    Dallas, TX 75202-3392
12759726        BAC Home Loans Servicing, LP,    Bankruptcy Department,    SV-314B,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
12776165       +BAC Home Loans Srving. LP,    f/k/a Countrywide Home Loans Srv LP,    c/o Gregory Javardian, Esq.,
                 1310 Industrial Blvd.,    Ste. 101,    Southampton, PA 18966-4030
12759725        Bank of America,    Office of General Counsel,    Corporate Center,    100 No. Tryon Street,
                 Charlotte, NC  28202-4000
12900298        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13496158       +Bank of America, N.A.,    c/o MATTHEW GREGORY BRUSHWOOD,    Phelan Hallinan & Schmieg,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
12854108       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12759727      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirecTV,    P.O. Box 9001069,    Louisville, KY 40290-1069)
12801220        Deartment of the Treasury,    Internal Revenue Service,    P.O.Box 7346,
                 Philadelphia, PA 19101-7346
12759729        HFC/HSBC Bank/Household Bank,    Consumer Bankruptcy Department,    961 Weigel Drive,
                 Elmhurst, IL  60126-1058
12759728       +HSBC Bank USA, N.A.,    Office of General Counsel,    452 Fifth Avenue, 2nd Floor,
                 New York, NY 10018-2333
12759734        PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA  15222-4747
12759732        Philadelphia Traffic Court,    Office of the Administrative Judge,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2690
12759733        Philadelphia Water Bureau,    Bankruptcy Unit,    Municipal Services Building,
                 1401 JFK Blvd, Suite 200,    Philadelphia, PA 19102-1663
12898006        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
12920929       +Westlake Financial Services,    c/o J. Ward Holliday & Assoc. P.C.,
                 501 Elm St., Suite 400, LB 13,    Dallas, TX 75202-3303
12924062       +Westlake Financial Srvs.,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
12759737       +Yellow Book Sales &,    Distribution Co., Inc.,    Mid Atlantic,    2004 Renaissance Blvd,
                 King of Prussia, PA 19406-2787
12809321       +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                 Timonium, Maryland 21094-5126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:31      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2016 02:11:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2016 02:11:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12880621        E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:31      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
13482847        E-mail/Text: bankruptcy.bnc@ditech.com Dec 16 2016 02:10:50      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13066037        E-mail/Text: bankruptcy.bnc@ditech.com Dec 16 2016 02:10:50      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13024014       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2016 02:12:17
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12759730        E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:31      Philadelphia Law Department,
                 Bankruptcy Unit,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12759731       +E-mail/Text: equiles@philapark.org Dec 16 2016 02:11:43      Philadelphia Parking Authority,
                 Office of Chief Counsel,    3101 Market Street,    2nd Floor, West Wing,
                 Philadelphia, PA 19104-2806
12759735        E-mail/Text: csidl@sbcglobal.net Dec 16 2016 02:11:26      Premier Bankcard,
                 Premier/CSI - Dept SDPR,    P.O. Box 2208,    Vacaville, CA 95696-8208
12848204       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 16 2016 02:11:23      VION HOLDINGS, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
12759736       +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 16 2016 02:11:19
                 West Lake Financial,    Bankruptcy Department,    4751 Wilshire Blvd, Suite 100,
                 Los Angeles, CA 90010-3847
12791585       +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 16 2016 02:11:19
                 Westlake Financial Services,    4751 Wilshire Blvd., Ste. #100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 13

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Dec 15, 2016
                              Form ID: pdf900             Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*              Green Tree Servicing LLC,    POB 0049,    Palatine, IL  60055-0049
cr*             +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Westlake Financial Services agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GREGORY   JAVARDIAN    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Plaintiff Marlow  Baker r.mcneill@verizon.net
              RONALD G. MCNEIL    on behalf of Debtor Marlow  Baker r.mcneill@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM J. LEVANT    on behalf of Defendant    Westlake Financial Services efile.wjl@kaplaw.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 12 - 14855 |
| Marlow Baker | : | (Chapter 13) |
| Debtor. | : | |
|  | : | Hon. Jean K. FitzSimon |
|  | : | |

## ORDER

AND NOW, this      day of                        , 2016, upon consideration of Debtor's Motion to Reconsider Dismissal of Case, and any responses thereto, it is hereby ORDERED that

a)   Debtor's Motion to Reconsider Dismissal of Case is GRANTED;

b)   this Court's Dismissal Order dated October 27, 2016 is VACATED; and

c)   Debtor's bankruptcy case is REINSTATED.

BY THE COURT:

**Date: December 15, 2016**           Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Marlow Baker
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Office of the Trustee
Creditors: