United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marlow Baker  
    Debtor

Case No. 12-14855-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jul 21, 2017 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.  
db       Marlow Baker,   1741 Vista Street,   Philadelphia, PA  19111-3827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:

    ANDREW F GORNALL   on behalf of Creditor   Westlake Financial Services agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    GREGORY JAVARDIAN   on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com  
    JEROME B. BLANK   on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com  
    JILL MANUEL-COUGHLIN   on behalf of Creditor   Bank of America, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
    MARIO J. HANYON   on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com  
    MATTHEW GREGORY BRUSHWOOD   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com  
    RONALD G. MCNEIL   on behalf of Debtor Marlow Baker r.mcneil1@verizon.net  
    RONALD G. MCNEIL   on behalf of Plaintiff Marlow Baker r.mcneil1@verizon.net  
    THOMAS I. PULEO   on behalf of Creditor   Westlake Financial Services tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM J. LEVANT   on behalf of Defendant   Westlake Financial Services efile.wjl@kaplaw.com  
                               TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Marlow Baker : Case No. 12–14855–jkf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , July 21, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

128
Form 195